B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Oklahoma | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AmeriBid LLC, an Oklahoma limited liability company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA National Commercial Auctioneers, LLC; FDBA National Residential Auctioneers, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-5393404** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6846 South Canton**<br>**Tulsa, OK**<br>                          ZIP Code **74136** | Street Address of Joint Debtor (No. and Street, City, and State):<br>                          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Tulsa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>                          ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>                          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                      **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AmeriBid LLC, an Oklahoma limited liability company** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| <div align="center">**Exhibit A**</div> | <div align="center">**Exhibit B**</div> |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)      (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| <div align="center">**Information Regarding the Debtor - Venue**<br>(Check any applicable box)</div> |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| <div align="center">**Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes)</div> |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **AmeriBid LLC, an Oklahoma limited liability company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Sam G. Bratton OBA No.** _____
Signature of Attorney for Debtor(s)

**Sam G. Bratton OBA No. 1086** _____
Printed Name of Attorney for Debtor(s)

**Doerner, Saunders, Daniel & Anderson, L.L.P.** _____
Firm Name

**Two West Second Street, Suite 700**
**Tulsa, OK 74103-3117**

_____
Address

**(918) 582-1211** _____
Telephone Number

**April 29, 2014** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Larry Latham** _____
Signature of Authorized Individual

**Larry Latham** _____
Printed Name of Authorized Individual

**Manager** _____
Title of Authorized Individual

**April 29, 2014** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re __AmeriBid LLC, an Oklahoma limited liability company__,
                              Debtor

Case No. _____

Chapter_____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 228,757.08 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 439,484.18 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 125,684.57 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 416,175.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 228,757.08 | | |
| Total Liabilities | | | | 981,344.72 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **AmeriBid LLC, an Oklahoma limited liability company**   ,

                                      Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re      **AmeriBid LLC, an Oklahoma limited liability company**                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **AmeriBid LLC, an Oklahoma limited liability company**                                    ,   Case No. _____

                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account Balance (non-Trust)** | - | **1,074.08** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **1 M Policy term life insurance policies for Stan Shreyer, Larry Latham, and Stephen Karbelk** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **1,074.08**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re     **AmeriBid LLC, an Oklahoma limited liability company**
_____ ,     Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attached Schedule B16** | - | 211,973.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **211,973.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **AmeriBid LLC, an Oklahoma limited liability company**                         ,    Case No. _____
                                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **AmeriBid trademark licensed from Larry Latham** | **-** | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attached Schedule B28 - Office Furniture, Supplies, Auction Equipment Etc.** **Location: 6846 South Canton, Tulsa OK 74136** **Location: 406 Coachman, Houston, TX** | **-** | **15,710.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **15,710.00** |
| (Total of this page) | |
| Total > | **228,757.08** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

## Schedule B16 - Accounts Receivable

| Broker | Deal Name | | Status | Auction Type | Transaction Value | Sales Total | Estimated Marketing and Auction Expenses | Brokerage fees | Estimated AmeriBid Revenue | Event Date | Estimated Receipt Date | Marketing monies owed to AmeriBid | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steven M | Barber, Nashville, GA | | Offer Accepted | Live Off-Site | $650,000 | 42806.79 | | $23,544 | $19,263 | 10/5/2013 | 2/21/2014 | | $3588.57 and $1,129.64 received |
| Fernando | Franklin NC Knights Inn Hotel | Huntington Bank | Offer Accepted | Live on-site | $450,000 | $33,000 | | $18,150 | $14,850 | 1/23/2014 | 4/8/2014 | | This sales has closed and the funds have been released to Tiamarin Realtors $33,000 |
| Eugene* | 14 Unit Office Building, DC | | Offer Pending | Live on-site | $1,200,000 | | | | $5,116.00 | 11/7/2013 | 3/28/2014 | $5,116.30 | Waiting for release from Attorney to be paid 4/18/2014 |
| Fernando | NORA 4 | Pate New Orleans Redevelopment Authority | Auction Complete | Live on-site / online | $6,410,300 | $355,000 | $85,000 | $156,600 | $113,400 | 3/29/2014 | 5/1/2014 | | Some funds are ready to be paid waiting for instructions |
| Steven M | SBPB I | St. Bernard Parish Government | Auction Complete | Live on-site | $1,228,000 | $122,800 | $15,000 | $62,524 | $45,276 | 4/12/2014 | 5/13/2014 | | |
| Paul L | Crosswind | | Auction Complete | Live on-site | $609,000 | $42,630 | | $23,447 | $19,184 | 4/8/2014 | 5/4/2015 | | Paul Lynn has the details |
| | | | | | | $596,237 | | | $211,973 | | | $5,116.30 | |

*Transaction cancelled (sold to a partner). Agreed to pay AmeriBid marketing expenses.

3044382_1.XLSX

1

## Schedule B28 - Office Equipment, Furnishings, Supplies

| AmeriBid Tulsa Office Inventory List | Other Supplies not in Houston (Held by Paul Lynn) |
|---|---|
| Desktop Computers 8x's | · Tablecloths |
| Laptops 10x's (3 in a pelican case) | · AmeriBid-branded podium cover |
| Monitors 19x's | · Directional signs (parking, etc) |
| A big computer (desktop) in a pelican case | · Auction today signs |
| Main Samsung printer (leased) | · Registration sign |
| Paper shedder | · Contracts sign |
| PA system | · AmeriBid banner |
| Flags and tablecloths | · AmeriBid pull-up banner |
| Hole punch binder machine | · Webcam and podium |
| Folding table | · 3 computers with Auction Flex, kit to include all necessary cables, chargers, etc. |
| Signs, shipping supplies, metal racks | · Extension cords |
| Small printers | · Clip boards |
| Conference table and 8 chairs | · Bidder cards |
| Reception desk cubical | · AmeriBid pens |
| Marker boards | · Sharpies (black and green) |
| Bulletin boards | · Making tape |
| Pictures, plaques and what-nots | · Staplers |
| 5 or 6 surge protectors | · Rubber bands |
| 14 desks | · Batteries |
| 12 office chairs 7 wooden two drawers file | · Calculators |
| cabinets, lateral | · Digital camera |
| 2 small desks | · Push pins |
| 3 or 4 lamps | · Scissors |
| 2 kitchen tables, 8 chairs | · Paperclips |
| 4 lobby chairs, 4 ottomans | · Legal pads |
| Two racks of shipping, labels, office supplies | |
| Refrigerator | · |
| Microwave | |
| Coffee pot/cups, cabinet stuff | |
| 36" flat screen TV | |

B6D (Official Form 6D) (12/07)

In re    **AmeriBid LLC, an Oklahoma limited liability company**                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**CNB of Enid**<br>**4880 South Lewis, Suite 101**<br>**Tulsa, OK 74105** | X | - | | | **1/28/13**<br>**Secured Note / UCC 1**<br>**Security Interest/Lien in and upon all goods, all accounts and other rights to payment, inventory, equipment, chattel paper, contract rights, general intangibles, investment property, whereever located, now or hereafter** | | | | | |
| | | | | | Value $                        **Unknown** | | | | **439,484.18** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

|  | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal<br>(Total of this page) | **439,484.18** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **439,484.18** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    __**AmeriBid LLC, an Oklahoma limited liability company**_____ ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__3___  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **AmeriBid LLC, an Oklahoma limited liability company** ,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5266** Brooke Mullen 3317 East Haskell Street Tulsa, OK 74115 | | - | 1!14-3/31/14 Expense reimbursement | | | | 150.00 | 0.00 150.00 |
| Account No. **3735** Clay Barnes 2766 Hartwick Lane Las Vegas, NV 89134 | | - | 2013 Department of Labor claim for money owed as employee | | | X | Unknown | Unknown Unknown |
| Account No. **1034** Eugene Davidzon 1850 Columbia Pike #429 Arlington, VA 22204 | | - | 1/1/14-3/31/14 expense reimbursement | | | | 574.22 | 0.00 574.22 |
| Account No. **6881** Larry Latham 1109 Trophy Hills Drive Las Vegas, NV 89134 | | - | 8/1/13 - 4/15/14 Commission and unpaid salary | | | | 72,935.00 | 60,460.00 12,475.00 |
| Account No. **6777** Michelle Baker 10095 County Road 1490 Ada, OK 74820 | | - | 4/16/14 Wages | | | | 4,000.00 | 0.00 4,000.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 60,460.00 |
|---|---|---|
| | (Total of this page) | 77,659.22 | 17,199.22 |

B6E (Official Form 6E) (4/13) - Cont.

In re **AmeriBid LLC, an Oklahoma limited liability company** ,                Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5866** | | | | | 2013-2014 | | | | | |
| Rob Hart 11706 South Quebec Tulsa, OK 74136 | - | | | | Disputed employment | | | X | | **Unknown** |
| | | | | | | | | | **Unknown** | **Unknown** |
| Account No. **3748** | | | | | 11/1/13-4/15/14 | | | | | |
| Stan Schreyer 7754 Plum Creek Lane Sandy, UT 84093 | - | | | | Unpaid salary | | | | | 34,759.46 |
| | | | | | | | | | **47,234.46** | **12,475.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet _**2**_ of _**3**_ continuation sheets attached to                     Subtotal                     34,759.46
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)          **47,234.46**          **12,475.00**

B6E (Official Form 6E) (4/13) - Cont.

In re **AmeriBid LLC, an Oklahoma limited liability company** ,        Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxxxxxxxxxxx/xxxxxxxx1400** | | | **2013-3014** | | | | | | **0.00** |
| **Louisiana Dept. of Revenue** PO Box 1231 Baton Rouge, LA 70821 | - | | **Tax Ameribid and National Residential Auctioneers LLC** | | | | | **790.89** | **790.89** |
| Account No. **3404** | | | **2013 - 2014** | | | | | | **Unknown** |
| **Oklahoma Tax Commission** PO Box 26850 Oklahoma City, OK 73126-0850 | - | | **Taxes** | | | | | **Unknown** | **Unknown** |
| Account No. **xx-xxx3404** | | | **2013-2014** | | | | | | **0.00** |
| **United States Treasury Internal Revenue Service** Ogden, UT 84201-0039 | - | | **Taxes** | | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | **790.89** **790.89** |
| | Total (Report on Summary of Schedules) | **95,219.46** |
| | | **125,684.57** **30,465.11** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **AmeriBid LLC, an Oklahoma limited liability company** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**3109, LLC**<br>**3109 Martin Luther King Jr Ave SE**<br>**Washington, DC 20032-1573** | | - | **11/27/13**<br>**Auction Purchase and Sale Agreement** | | | | **Unknown** |
| Account No. 3675; 3722<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | X | - | **2012-2013**<br>**Marketing and Operating Credit Card Line of Credit** | | | X | **79,000.00** |
| Account No.<br><br>**Bank of America**<br>**100 Peachtree Street, Suite 1950**<br>**Atlanta, GA 30303** | | - | **3/4/14**<br>**Notice** | | | | **Unknown** |
| Account No.<br><br>**Brent Hansen c/o Hanson Orthopedics**<br>**4344 W Bell Rd**<br>**Glendale, AZ 85308** | | - | **2014**<br>**Notice** | | | | **Unknown** |

| | Subtotal<br>(Total of this page) | **79,000.00** |
|---|---|---|

__14__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **AmeriBid LLC, an Oklahoma limited liability company** _____ ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx / xxxxx5100** <br><br> **Chase Mastercard** <br> **PO Box 94014** <br> **Palatine, IL 60094-4014** | | - | | **04/14** <br> **Company and Marketing Expenses** | | | | **37,693.59** |
| Account No. <br><br> **Chris Vaughan** <br> **2996 Murcott Way** <br> **Escondido, CA 92027** | | - | | **2012-2014** <br> **Broker Services** | | | | **Unknown** |
| Account No. **xxxxx - xxxxxxxx xx. xxxx4728** <br><br> **Cisco Systems Capital** <br> **P.O. Box 41602** <br> **Philadelphia, PA 19101-1602** | | - | | **1/14-4/14** <br> **Phone maintenance/software** | | | | **382.83** |
| Account No. **3735** <br><br> **Clay Barnes** <br> **2766 Hartwick Lane** <br> **Las Vegas, NV 89134** | | - | | **2013** <br> **Disputed employment** | | | X | **Unknown** |
| Account No. **xxxxxxxxxx / xxxxx2661** <br><br> **CNA** <br> **PO Box 790094** <br> **St. Louis, MO 63179-0094** | | - | | **2014** <br> **General Liability Casualty Coverage; Account No. 3021770352; Invoice No. 0011742661** | | | | **313.50** |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **38,389.92**

B6F (Official Form 6F) (12/07) - Cont.

In re  **AmeriBid LLC, an Oklahoma limited liability company** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xxxxx0000** | | | | | 2012-2014 Internet services - auto pay | | | | |
| **Cox Communications-Tulsa PO Box 248876 Oklahoma City, OK 73124-8876** | - | | | | | | | | Unknown |
| Account No. | | | | | 3/29/14-04/12/14 Security Services or Open House and Auction Day | | | | |
| **Crescent Guardian, Inc. 4640 S. Carrollton Avenue Suite 100 New Orleans, LA 70119** | - | | | | | | | | 3,167.33 |
| Account No. | | | | | 4/8/14 Notice | | | | |
| **Crosswinds Land Partnership 3518 Travis Street, Suite 200 Houston, TX 77002** | - | | | | | | | | Unknown |
| Account No. | | | | | 2/13 Legal Services | | | | |
| **Dan Leonard 127 Big Chief Dr. Gun Barrel City, TX 75156** | - | | | | | | | | 176.25 |
| Account No. | | | | | Auctioneer Services - SBPG Staff Expenses | | | | |
| **David W. Taylor 890 Spring Valley Road Inman, SC 29349** | - | | | | | | | | 1,518.07 |

Sheet no. __**2**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,861.65

B6F (Official Form 6F) (12/07) - Cont.

In re    **AmeriBid LLC, an Oklahoma limited liability company**                    ,          Case No. _____

                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 2/2014 Broker - State of Kansas Property Inspection | | | | |
| Donald G. Gabriel 5501 West 148th Place Overland Park, KS 66223 | | - | | | | | | | |
| | | | | | | | | | 183.83 |
| Account No. | | | | | 11/13 - 3/14 Misc.Broker /  Business Development Expenses | | | | |
| Eugene Davidzon 1850 Columbia Pike #429 Arlington, VA 22204 | | - | | | | | | | |
| | | | | | | | | | 574.22 |
| Account No. | | | | | 01/14 - 04/14 Broker/Auctioneer Services - Auction Expenses for Huntington Bank:  Franklin, NC Auction (1.23.2014);NORA Expenses (Report 1 and 2); NORA 4 Expenses (Report 3);  SBPG Expenses (Report 1 and 2) | | | | |
| Fernando Palacios 20315 Seabrook Drive Montgomery Village, MD 20886 | | - | | | | | | | |
| | | | | | | | | | 3,259.51 |
| Account No. | | | | | 6/13 Abstracting | | | | |
| Grand River Abstract 504 West Krause Jay, OK 74346 | | - | | | | | | | |
| | | | | | | | | | 700.00 |
| Account No. | | | | | Legal Services | | | | |
| Hall & Estill 320 SOUTH BOSTON AVENUE, Suite 200 Tulsa, OK 74103 | | - | | | | | | | |
| | | | | | | | | | 4,532.10 |

Sheet no. __3___ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          9,249.66

B6F (Official Form 6F) (12/07) - Cont.

In re __AmeriBid LLC, an Oklahoma limited liability company__ ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2014 Agent Agreement | | | | |
| Hank Robinson 2431 3rd Avenue North Saint Petersburg, FL 33713 | - | | | | | | | Unknown |
| Account No. | | | | 3/29/14 Notice | | | | |
| Huntington Bank 2361 Morse Road NC3W33 Columbus, OH 43229 | - | | | | | | | Unknown |
| Account No. xxxxx-xxxxxxxx x7518 | | | | 2014 Printer/Copier Coverage and Paper Count | | | | |
| ImageNet Consulting LLC 913 North Broadway Avenue Oklahoma City, OK 73102 | | | | | | | | 1,065.79 |
| Account No. | | | | 2014 Agent Agreement | | | | |
| Jan and Mike Schultz PO Box 247 110 South Main Street Upsala, MN 56384 | - | | | | | | | Unknown |
| Account No. | | | | 2013-2014 Agent Agreement | | | | |
| John Mayeron 6207 Rex Drive Dallas, TX 75230 | - | | | | | | | Unknown |

Sheet no. __4___ of __14__ sheets attached to Schedule of        Subtotal        | 1,065.79 |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **AmeriBid LLC, an Oklahoma limited liability company**                                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Broker Fee 09/13 - 11/13 | | | | |
| K&T Mason Company, Inc. 10176 S. Pine Guthrie, OK 73044 | | - | | | | | | |
| | | | | | | | | 2,000.00 |
| Account No. | | | | 2014 5/4/14 Auction - Notice | | | | |
| Kaiser & Colletti Two City Place Drive, Suite 200 Saint Louis, MO 63141 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | expense reimbursement | | | | |
| Larry Latham 1109 Trophy Hills Drive Las Vegas, NV 89134 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice | | | | |
| Latham Family Trust 1109 Trophy Hills Drive Las Vegas, NV 89134 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | 2014 Auction Day Security; Inv. 100 | | | | |
| Louisiana State Police 2101 I-10 Service Rd. Kenner, LA 70065 | | - | | | | | | |
| | | | | | | | | 1,000.00 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     3,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **AmeriBid LLC, an Oklahoma limited liability company**                    ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3/15/14 Operation Loan | | | | |
| Martin E. Higgenbotham 1666 Williamsburg Square Lakeland, FL 33803 | | - | | | | | | 16,500.00 |
| Account No. | | | | 10/13-4/14 loan | | | | |
| Michael T. Moss 7390 S. Creek Road, Suite 204 Sandy, UT 84093 | | - | | | | | | 4,600.00 |
| Account No. | | | | 2013-2014 Legal Services | | | | |
| Moss Law Firm 7390 South Creek Road Suite 204 Sandy, UT 84093 | | | | | | | | 98,000.00 |
| Account No. | | | | 2012-2014 Industry Association | | | | |
| National Auctioneers Association 8880 Ballentine Overland Park, KS 66214 | | - | | | | | | Unknown |
| Account No. | | | | 2013-2014 Notice | | | | |
| National Commercial Auctioneers LLC 6846 South Canton Suite 150 Tulsa, OK 74136 | | - | | | | | | Unknown |

Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      119,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **AmeriBid LLC, an Oklahoma limited liability company**                    ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/13-5/14 Registered Agent - Statutory Representation; | | | | |
| National Registered Agents, Inc. PO Box 4349 Carol Stream, IL 60197-4349 | - | | | | | | | 356.40 |
| Account No. | | | | 2013-2014 Notice | | | | |
| National Residential Auctioneers LLC 6846 South Canton Suite 150 Tulsa, OK 74136 | - | | | | | | | Unknown |
| Account No. | | | | 2013-2014 Agency / Listing Agreement | | | | |
| Neil and Gloria Enslow 818 East 3rd Street Florence, CO 81226 | - | | | | | | | Unknown |
| Account No. | | | | 2013-2014 Notice | | | | |
| Neil and Gloria Enslow 502 West 22nd Street Pueblo, CO 81226 | - | | | | | | | 0.00 |
| Account No. | | | | 1/14 Security Guard for Miller:East Point, GA Auction | | | | |
| NESCTC Security 46 Molter Street Cranston, RI 02910 | - | | | | | | | 116.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                472.40

B6F (Official Form 6F) (12/07) - Cont.

In re **AmeriBid LLC, an Oklahoma limited liability company** , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 3/14-4/14 Legal services | | | | |
| Neuens Mitchell Freese pllc 2021 S. Lewis Ave, Suite 660 Tulsa, OK 74104 | - | | | | | | | 25,598.48 |
| Account No. | | | | 3/29/14 Notice | | | | |
| New Orleans Redevelopment Authority 1409 Oretha Castle Haley Boulevard New Orleans, LA 70113 | - | | | | | | | Unknown |
| Account No. | | | | 2013-2014 Print Advertising for NORA 4; Make checks payable to McKenna Publishing | | | | |
| New Orleans Tribune 2317 Esplande Ave New Orleans, LA 70119 | - | | | | | | | 500.00 |
| Account No. xxx - xx0706, xxx 2160 | | | | 2014 Real Estate Consulting services | | | | |
| Northeast Oklahoma Real Estate Services P.O. Box 470325 Tulsa, OK 74147 | - | | | | | | | 180.00 |
| Account No. | | | | 2/14-4/14 Office Rent - Month Year - Tulsa, OK office | | | | |
| Oklahoma REO Closing & Title Services, 6846 S. Canton Ave, Ste. 200 Tulsa, OK 74136 | - | | | | | | | 7,440.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         33,718.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **AmeriBid LLC, an Oklahoma limited liability company**                    ,   Case No. _____

                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Oklahoma State Auctioneers Association**<br>**P.O. Box 94**<br>**Helena, OK 73711** | - | | **2014**<br>**Industry Auction** | | | | **Unknown** |
| Account No. **3404**<br><br>**Oklahoma Tax Commission**<br>**PO Box 26850**<br>**Oklahoma City, OK 73126-0850** | - | | **2013-2014**<br>**Taxes** | | | | **Unknown** |
| Account No. **xxx. x0899**<br><br>**Part Time Pros**<br>**1326 E. 43rd Court #200**<br>**Tulsa, OK 74105** | - | | **2/17/14- 2/21/14**<br>**Temp staffing - Jane Johnson** | | | | **1,166.41** |
| Account No.<br><br>**Paul A. Lynn & Associates, LLC**<br>**406 Coachman**<br>**Houston, TX 77024** | - | | **2013-2014**<br>**Broker / Agent** | | | | **9,785.80** |
| Account No.<br><br>**Paul Lynn**<br>**406 Coachman**<br>**Houston, TX 77024** | - | | **2013-2014**<br>**Broker /Agent (Report 3) \*\*Subject to funding fee, separate bill under Paul A. Lynn & Assoc.** | | | | **56,394.37** |

Sheet no. __**9**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**67,346.58**

B6F (Official Form 6F) (12/07) - Cont.

In re   **AmeriBid LLC, an Oklahoma limited liability company** ,   Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xxxxxx5551**<br><br>**Petron Associates LLC**<br>**PO Box 5598**<br>**Newark, DE 19714-5598** | | - | **6/13 - 5/14**<br>**Collection for National Registered Agents** | | | | **198.90** |
| Account No.<br><br>**Pinnacle Quest LLC**<br>**7754 S. Plum Creek Lane**<br>**Sandy, UT 84093** | | - | **2012-2013**<br>**Notice** | | | | **Unknown** |
| Account No. **xxxxxxxx/xxx-xxxxxx-x4910**<br><br>**Premco Financial Corporation**<br>**PO Box 19367**<br>**Kalamazoo, MI 49019-0367** | | - | **2013-2014**<br>**Auctioneer Insurance /Risk Management** | | | | **1,796.63** |
| Account No.<br><br>**Randy Ligon**<br>**315 East Main Street, Suite 200**<br>**PO Box 4815**<br>**Rock Hill, SC 29730** | | - | **2013-2014**<br>**Agent Agreement** | | | | **Unknown** |
| Account No. **xxx1042**<br><br>**Regus Management Group, LLC**<br>**PO Box 842456**<br>**Dallas, TX 75284-2456** | | - | **2013**<br>**Reston Office Rent** | | | | **1,394.34** |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,389.87**

B6F (Official Form 6F) (12/07) - Cont.

In re   **AmeriBid LLC, an Oklahoma limited liability company**   ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Richard J. Moody** <br> **2360 W Dorothy Lane** <br> **Suite 201** <br> **Dayton, OH 45439** | - | | | **2012-2014** <br> **Broker / Agent** | | | | **Unknown** |
| Account No. <br><br> **Rob Hart** <br> **11706 South Quebec** <br> **Tulsa, OK 74136** | - | | | **2013** <br> **Notice** | | | X | **Unknown** |
| Account No. 3721; xxxxxxxx7955; xxxxx4935 <br><br> **Security BankCard Center, Inc.** <br> **Credit Card Operations** <br> **PO Box 22116** <br> **Tulsa, OK 74121-2116** | - | | | **1/22/14 -2/21/14** <br> **No. 4; Online; No. 9** | | | | **9,000.00** |
| Account No. **xM070** <br><br> **Shearer Printing & Office Solutions** <br> **P.O. Box 668** <br> **Kokomo, IN 46903-0668** | - | | | **1/14** <br> **Printing** | | | | **282.06** |
| Account No. <br><br> **St. Bernard Parish Government** <br> **8201 West Judge Perez Drive** <br> **Chalmette, LA 70043** | - | | | **4/12/14** <br> **Auction** | | | | **Unknown** |

Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | **9,282.06** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **AmeriBid LLC, an Oklahoma limited liability company**                                          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2013-2014 | | | | |
| Stan Schreyer 7754 Plum Creek Lane Sandy, UT 84093 | | - | | expense reimbursement, operational loan repayment, auction loan repayment | | | | 34,000.00 |
| Account No. | | | | | | | | |
| State of Kansas | | - | | | | | | 0.00 |
| Account No. | | | | 12/13 - 3/14 CSK Hotels:Olathe, KS Auctioneer Fee | | | | |
| State-Wide Realty & Auction P.O. Box 2995 Salt Lake City, UT 84110-2995 | | - | | | | | | 500.00 |
| Account No. | | | | 2013 Tax Services | | | | |
| Stayner, Bates & Jensen, P.C. P.O. Box 2995 Salt Lake City, UT 84110-2995 | | - | | | | | | 2,975.00 |
| Account No. | | | | 2014 5/5/14 Auction - Notice | | | | |
| Stephen E Lembke 4901 NE 65th Terrace Kansas City, MO 64119 | | - | | | | | | Unknown |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **37,475.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __AmeriBid LLC, an Oklahoma limited liability company__ ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2013 Various | | | | |
| Stephen Karbelk 43605 Dunhill Cup Square Ashburn, VA 20147 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 10/13 - 04/14 Broker Services  Reimbursement for SBPG Expenses | | | | |
| Steven Mathis P.O. Box 4815 Rock Hill, SC 29732 | - | | | | | | | |
| | | | | | | | | 7,389.35 |
| Account No. | | | | 2013-2014 Agency / Listing Agreement | | | | |
| Tarrapin Realtors 7600-G Lindberg Drive, Unit 2 Gaithersburg, MD 20879 | - | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | 12/13 - 2/14 Broker / Bank of America Auction Expenses | | | | |
| The Ligon Company P.O. Box 4815 Rock Hill, SC 29732 | - | | | | | | | |
| | | | | | | | | 1,384.41 |
| Account No. | | | | 2/28/14 - 3/27/14 Notice | | | | |
| Tom and Julie Beste c/o Famo Feeds PO Box 7 Freeport, MN 56331 | - | | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          8,773.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **AmeriBid LLC, an Oklahoma limited liability company**                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> Travis Kaddatz <br> P.O. Box 152 <br> Mertens, TX 76666 | | - | | | 4/14 <br> Auctioneer Expenses for Crosswinds Auction | | | | 220.80 |
| Account No. **3404** <br><br> United States Treasury <br> Internal Revenue Service <br> Ogden, UT 84201-0039 | | - | | | 2013-2014 <br> Taxes | | | | Unknown |
| Account No. <br><br> Vince and Andrea Colletti <br> 5829 White Pine Drive <br> Saint Louis, MO 63129-2937 | | - | | | 2014 <br> Notice | | | | 0.00 |
| Account No. <br><br> Virgil Barber Farms, LLLP <br> Post Office Box 5437 <br> Valdosta, GA 31603 | | - | | | 10/5/13 <br> Notice | | | | Unknown |
| Account No. <br><br> Vortex Solution <br> 40 Jean-Talon East <br> Montreal QC H2R 1S3 Canada | | - | | | 2013-2014 <br> Maintenance Invoice | | | | 830.00 |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,050.80 |
| Total (Report on Summary of Schedules) | 416,175.97 |

B6G (Official Form 6G) (12/07)

In re **AmeriBid LLC, an Oklahoma limited liability company** ,          Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| 3109, LLC and Tyrone Pace<br>3109 Martin Luther King Jr. Ave. SE<br>Washington, DC 20032-1573 | Auction Purchase and Sale Agreement |
| Brent Hansen c/o Hanson Orthopedics<br>4344 W Bell Rd<br>Glendale, AZ 85308 | Auction/ Listing Agreement |
| Chris Vaughan<br>2996 Murcott Way<br>Escondido, CA 92027 | Broker/Agent |
| Cisco Systems Capital<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | Telephone maintenance |
| CNB of Enid<br>4880 South Lewis, Suite 101<br>Tulsa, OK 74105 | Forbearance Agreement |
| Cox Communications-Tulsa<br>PO Box 248876<br>Oklahoma City, OK 73124-8876 | Internet Services |
| Crosswinds Land Partnership<br>3518 Travis Street, Suite 200<br>Houston, TX 77002 | Auction |
| Donald G. Gabriel<br>5501 West 148th Place<br>Overland Park, KS 66223 | Agent / Broker Agreement |
| Fernando Palacios<br>20315 Seabrook Drive<br>Montgomery Village, MD 20886 | Agent/Broker Agreement |
| Hank Robinson<br>2431 3rd Avenue North<br>Saint Petersburg, FL 33713 | Agent Agreement |
| Huntington Bank<br>2361 Morse Road NC3W33<br>Columbus, OH 43229 | Auction |
| ImageNet Consulting LLC<br>913 North Broadway Avenue<br>Oklahoma City, OK 73102 | Service/Maintenance/Paper County |

**2**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **AmeriBid LLC, an Oklahoma limited liability company**                    ,    Case No. _____

_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jan and Mike Schultz**<br>**PO Box 247**<br>**110 South Main Street**<br>**Upsala, MN 56384** | **Agent Agreement** |
| **John Mayeron**<br>**6207 Rex Drive**<br>**Dallas, TX 75230** | **Agent Agreement** |
| **Kaiser & Colletti**<br>**Two City Place Drive, Suite 200**<br>**Saint Louis, MO 63141** | **Auction** |
| **Neil and Gloria Enslow**<br>**818 East 3rd Street**<br>**Florence, CO 81226** | **Agent / Broker Agreement** |
| **Neil and Gloria Enslow**<br>**502 West 22nd Street**<br>**Pueblo, CO 81226** | **Agent / Broker / Listing Agreement** |
| **New Orleans Redevelopment Authority**<br>**1409 Oretha Castle Haley Boulevard**<br>**New Orleans, LA 70113** | **Auction** |
| **Oklahoma REO Closing & Title Services**<br>**6846 South Canton, Suite 200**<br>**Tulsa, OK 74136** | **Office Rent - Tulsa Office** |
| **Paul A. Lynn/Paul A. Lynn & Assoc., LLC**<br>**406 Coachman**<br>**Houston, TX 77024** | **Independent Agent Agreement - finding marketing various real and personal property for auction; promote, manage and conduct auction.** |
| **Pinnacle Quest LLC**<br>**7754 S. Plum Creek Lane**<br>**Sandy, UT 84093** | **Consulting Agreement** |
| **Randy Ligon**<br>**315 East Main Street, Suite 200**<br>**PO Box 4815**<br>**Rock Hill, SC 29730** | **Agent/ Broker Agreement** |
| **Regus Management Group, LLC**<br>**PO Box 842456**<br>**Dallas, TX 75284-2456** | **Office Rent - Reston Office** |
| **Richard J. Moody**<br>**2360 W Dorothy Lane**<br>**Suite 201**<br>**Dayton, OH 45439** | **Broker / Independent Agent** |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **AmeriBid LLC, an Oklahoma limited liability company**         ,    Case No. _____

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **St. Bernard Parish Government**<br>**8201 West Judge Perez Drive**<br>**Chalmette, LA 70043** | **Auction** |
| **Stephen E Lembke**<br>**4901 NE 65th Terrace**<br>**Kansas City, MO 64119** | **Auction** |
| **Stephen Karbelk**<br>**43605 Dunhill Cup Square**<br>**Ashburn, VA 20147** | **Settlement Agreement** |
| **Stephen Karbelk**<br>**43605 Dunhill Cup Square**<br>**Ashburn, VA 20147** | **Agency Agreement** |
| **Steven Mathis**<br>**P.O. Box 4815**<br>**Rock Hill, SC 29732** | **Agency and Brokerage Agreement** |
| **Tarrapin Realtors**<br>**7600-G Lindberg Drive, Unit 2**<br>**Gaithersburg, MD 20879** | **Agency / Listing Agreement** |
| **The Ligon Company**<br>**P.O. Box 4815**<br>**Rock Hill, SC 29732** | **Agent/ Broker Agreement** |
| **Virgil Barber Farms, LLLP**<br>**Post Office Box 5437**<br>**Valdosta, GA 31603** | **Auction** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **AmeriBid LLC, an Oklahoma limited liability company**                      ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Stephen Karbelk**<br>**43605 Dunhill Cup Square**<br>**Ashburn, VA 20147** | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** |
| **Stephen Karbelk**<br>**43605 Dunhill Cup Square**<br>**Ashburn, VA 20147** | **CNB of Enid**<br>**4880 South Lewis, Suite 101**<br>**Tulsa, OK 74105** |
| **Stephen Karbelk**<br>**43605 Dunhill Cup Square**<br>**Ashburn, VA 20147** | **CNB of Enid**<br>**4880 South Lewis, Suite 101**<br>**Tulsa, OK 74105** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    __AmeriBid LLC, an Oklahoma limited liability company__      Case No. _____

                                               Debtor(s)          Chapter    __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___32___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    __April 29, 2014__                 Signature    __/s/ Larry Latham__

                                                             **Larry Latham**

                                                             **Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **AmeriBid LLC, an Oklahoma limited liability company**                    Case No. _____

                                          Debtor(s)                    Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$328,914.15** | **2014 YTD Operations** |
| **$3,264,134.00** | **2013 Operations** |
| **$2,244,691.37** | **2012 Operations** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)

2

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None □

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See Attached SOFA Schedule 3(b)** | | **$0.00** | **$0.00** |

None □

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See Attached SOFA Schedule 3(c)** | | **$0.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Stephen v. Karbelk v. Larry Latham, Pinnacle Quest, LLC and Stan Schreyer, Case No. CV-2013-1061** | **TRO /<br>Receivorship** | **Tulsa County** | **Pending** |
| **Department of Labor claim re Clay Barnes** | **Employment** | **Oklahoma** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5.  Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Doerner, Saunders Daniel & Anderson**<br>**Two West Second Street**<br>**Suite 700**<br>**Tulsa, OK 74103** | **4/17/14, 4/28/14 - Debtor and Larry Latham** | **$10,648** |

B7 (Official Form 7) (04/13)
4

### 10.  Other transfers

None
■
   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☐
   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Arvest State Bank<br>1212 S. 77th East Ave.<br>Sapulpa, OK 74066 | AmeriBid Operating, Checking 0Acct. No. 6392 | 10/8/13 |
| Arvest State Bank<br>1212 S. 77th East Ave.<br>Sapulpa, OK 74066 | AmeriBid Advertising Trust Account No. 3242 | 12/18/13 |
| Arvest State Bank<br>1212 S. 77th East Ave.<br>Sapulpa, OK 74066 | AmeriBid, Personal Property Trust Account No. 3239 | 07/02/13 |
| Arvest State Bank<br>1212 S. 77th East Ave.<br>Sapulpa, OK 74066 | AmeriBid Real Estate Trust Account No. 3226 | 03/29/13 |
| MidFirst Bank<br>7050 South Yale<br>Tulsa, OK 74136 | AmeriBid Operating Account No. 4891 | 12/18/13 |
| MidFirst Bank<br>7050 South Yale<br>Tulsa, OK 74136 | AmeriBid Advertising Trust Account No. 4913 | 09/20/13 |
| MidFirst Bank<br>7050 South Yale<br>Tulsa, OK 74136 | AmeriBid Real Estate Trust Account No. 4921 | 09/16/13 |

B7 (Official Form 7) (04/13)
5

#### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Various sellers, brokers and agents** | **See Attached SOFA Schedule 14. Sales proceeds and/or commissions due to Brokers and Agents in conjunction with recent Auctions held in escrow/trust** | **Trust Account held at Chase $22,140.85** |

#### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **7715 East 111th Street South, Suite 114, Tulsa, OK 74133** | **AmeriBid LLC**<br>**National Commercial Auctioneers LLC**<br>**National Residential Auctioneers LLC** | **1/1/2012 - 5/31/13** |

#### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

#### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

B7 (Official Form 7) (04/13)
6

None   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■      or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
       the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■      Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■      the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
       docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐      ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
       partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
       immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
       within **six years** immediately preceding the commencement of this case.

       *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six**
       **years** immediately preceding the commencement of this case.

       *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six**
       **years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **National Commercial Auctioneers LLC** | | **6846 South Canton Suite 150 Tulsa, OK 74136** | **Commercial auctions** | |
| **National Residential Auctioneers LLC** | | **6846 South Canton Suite 150 Tulsa, OK 74136** | **Residential auctions** | |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
| --- | --- |

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michelle Baker**<br>**10095 County Road 1490**<br>**Ada, OK 74820** | **11/13 - 05/14** |
| **Rob Hart**<br>**11706 South Quebec**<br>**Tulsa, OK 74136** | **6/13-11/13** |
| **Stan Schreyer**<br>**7754 Plum Creek Lane**<br>**Sandy, UT 84093** | **Inception - 05/14** |
| **Clay Barnes**<br>**2766 Hartwick Lane**<br>**Las Vegas, NV 89134** | **6/13-09/13** |
| **Stephen Karbelk**<br>**43605 Dunhill Cup Square**<br>**Ashburn, VA 20147** | **Inception - 9/13** |
| **Jan Dunham**<br>**6112 South Hudson Place**<br>**Tulsa, OK** | **Inception to 11/13** |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Stayner, Bates & Jensen, P.C.** | **P.O. Box 2995**<br>**Salt Lake City, UT 84110-2995** | **2012-2013** |
| **Reeder & Reeder** | **8710 Rustic Oak Court**<br>**Fairfax Station, VA 22039** | **2012  and 2013** |

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

B7 (Official Form 7) (04/13)

8

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Larry Latham (Latham Family Trust) 1109 Trophy Hills Drive Las Vegas, NV 89134 | Chief Executive Officer | Member/Manager of LLC, owns 44.71% |
| Stan Schreyer 7754 Plum Creek Lane Sandy, UT 84093 | President | Member/Manager of LLC, owns 44.71% |
| Michael T. Moss 7390 S. Creek Road, Suite 204 Sandy, UT 84093 | Chief Operating Officer | Member of LLC, owns 10.58% |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Stephen Karbelk 43605 Dunhill Cup Square Ashburn, VA 20147 | Member | 10/23/13 |
| Pinnacle Quest LLC 7754 S. Plum Creek Lane Sandy, UT 84093 | Member | 5/15/13 |

B7 (Official Form 7) (04/13)
9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **April 29, 2014**          Signature **/s/ Larry Latham**

**Larry Latham**
**Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

SOFA Schedule 3B - Payments Made Within the Last 90 Days

| Payee | Date | Account Paid From | Amount | For What |
|---|---|---|---|---|
| Alanna James | 4/14/2014 | Chase Operating (0083) | (2,396.99) | Staff |
| American Express | 2/3/2014 | Chase Operating (0083) | (609.00) | Operations |
| American Express | 2/21/2014 | Chase Operating (0083) | (1,000.00) | Operations |
| Auction Resources | 2/7/2014 | Chase Operating (0083) | (481.25) | Staff |
| Auction Resources | 4/1/2014 | Chase Operating (0083) | (1,100.00) | Staff |
| Auction Squad, Inc. | 4/1/2014 | Chase Operating (0083) | (3,250.00) | Staff |
| Brooke Mullen | 2/19/2014 | Chase Operating (0083) | (375.00) | Staff |
| Brooke Mullen | 4/14/2014 | Chase Operating (0083) | (1,929.14) | Staff |
| Calista Firor | 4/14/2014 | Chase Operating (0083) | (3,913.94) | Staff |
| Carroll Cannon | 2/20/2014 | Chase Operating (0083) | (750.00) | Staff |
| Central National Bank | 1/10/2014 | Chase Operating (0083) | (10,000.00) | Operations |
| Central National Bank | 1/31/2014 | Chase Operating (0083) | (5,839.08) | Operations |
| Cisco Systems Capital | 1/22/2014 | Chase Operating (0083) | (382.83) | Operations |
| City of San Antonio | 3/27/2014 | Chase Operating (0083) | (475.00) | Marketing |
| David W. Taylor | 4/2/2014 | Chase Operating (0083) | (750.00) | Staff |
| Doerner, Saunders, Daniel & Anc | 4/17/2014 | Chase Operating (0083) | (5,000.00) | Operations |
| Donald G. Gabriel | 1/22/2014 | Chase Operating (0083) | (610.00) | Staff |
| Eric Lynn | 4/1/2014 | Chase Operating (0083) | (250.00) | Staff |
| Eugene Davidzon | 4/14/2014 | Chase Operating (0083) | (1,687.88) | Staff |
| Everett Brown | 4/1/2014 | Chase Operating (0083) | (250.00) | Staff |
| Fernando Palacios | 1/10/2014 | Chase Operating (0083) | (3,447.23) | Staff |
| Fernando Palacios | 1/24/2014 | Chase Operating (0083) | (7,357.17) | Staff |
| Fernando Palacios | 2/7/2014 | Chase Operating (0083) | (7,765.14) | Staff |
| Fernando Palacios | 2/21/2014 | Chase Operating (0083) | (2,832.20) | Staff |
| Fernando Palacios | 3/5/2014 | Chase Operating (0083) | (3,961.30) | Staff |
| Fernando Palacios | 3/14/2014 | Chase Operating (0083) | (2,441.52) | Staff |
| Fernando Palacios | 3/27/2014 | Chase Operating (0083) | (645.43) | Staff |
| Fernando Palacios | 4/14/2014 | Chase Operating (0083) | (300.00) | Staff |
| Flame Drive-Inns, Inc. | 4/7/2014 | Chase Operating (0083) | (100.00) | Operations |
| Golf & Green America, LLC | 1/10/2014 | Chase Operating (0083) | (492.54) | Staff |
| Golf & Green America, LLC | 1/24/2014 | Chase Operating (0083) | (1,244.45) | Staff |
| Golf & Green America, LLC | 2/7/2014 | Chase Operating (0083) | (520.13) | Staff |
| Golf & Green America, LLC | 2/14/2014 | Chase Operating (0083) | (2,431.65) | Staff |

## SOFA Schedule 3B - Payments Made Within the Last 90 Days

| Payee | Date | Account | Amount | Category |
|---|---|---|---|---|
| Golf & Green America, LLC | 2/21/2014 | Chase Operating (0083) | (398.89) | Staff |
| Golf & Green America, LLC | 3/5/2014 | Chase Operating (0083) | (703.04) | Staff |
| Golf & Green America, LLC | 3/14/2014 | Chase Operating (0083) | (205.93) | Staff |
| Golf & Green America, LLC | 3/27/2014 | Chase Operating (0083) | (86.49) | Staff |
| GTAR (Greater Tulsa Association | 1/10/2014 | Chase Operating (0083) | (1,634.00) | Operations |
| Hampton Inn | 2/18/2014 | Chase Operating (0083) | (100.00) | Operations |
| Hank Robinson | 2/7/2014 | Chase Operating (0083) | (259.38) | Staff |
| ImageNet Consulting LLC | 1/31/2014 | Chase Operating (0083) | (922.20) | Operations |
| Jake Roberson | 4/1/2014 | Chase Operating (0083) | (250.00) | Staff |
| Jesse Bolin | 4/4/2014 | Chase Operating (0083) | (1,250.00) | Staff |
| John Mayeron | 1/31/2014 | Chase Operating (0083) | (940.85) | Staff |
| John Pellow | 2/7/2014 | Chase Operating (0083) | (288.86) | Staff |
| K&T Mason Company, Inc. | 4/1/2014 | Chase Operating (0083) | (2,000.00) | Staff |
| KASM-AM | 3/27/2014 | Chase Operating (0083) | (100.00) | Marketing |
| La Presna | 4/2/2014 | Chase Operating (0083) | (363.75) | Marketing |
| Lindsay Girardeau | 4/1/2014 | Chase Operating (0083) | (250.00) | Staff |
| Lithaprint, Inc. | 2/7/2014 | Chase Operating (0083) | (569.71) | Marketing |
| Luke Mobley | 4/1/2014 | Chase Operating (0083) | (750.00) | Staff |
| Maitre Party Rentals LLC | 4/9/2014 | Chase Operating (0083) | (463.50) | Operations |
| Michelle Baker | 1/31/2014 | Chase Operating (0083) | (301.20) | Staff |
| Michelle Baker | 4/8/2014 | Chase Operating (0083) | (120.00) | Staff |
| Michelle Baker | 4/14/2014 | Chase Operating (0083) | (5,038.70) | Staff |
| Mitchell Armitage | 4/1/2014 | Chase Operating (0083) | (1,700.00) | Staff |
| Neil G. Enslow | 2/14/2014 | Chase Operating (0083) | (1,941.21) | Staff |
| Neuens Mitchell Freese plic | 2/21/2014 | Chase Operating (0083) | (1,000.00) | Operations |
| Oklahoma REO Closing & Title S | 1/10/2014 | Chase Operating (0083) | (2,480.00) | Operations |
| Oklahoma REO Closing & Title S | 1/31/2014 | Chase Operating (0083) | (2,480.00) | Operations |
| Part Time Pros | 1/22/2014 | Chase Operating (0083) | (1,119.38) | Staff |
| Part Time Pros | 2/7/2014 | Chase Operating (0083) | (765.46) | Staff |
| Paul A. Lynn & Associates, LLC | 1/10/2014 | Chase Operating (0083) | (1,970.15) | Staff |
| Paul A. Lynn & Associates, LLC | 1/24/2014 | Chase Operating (0083) | (5,366.31) | Staff |
| Paul A. Lynn & Associates, LLC | 2/7/2014 | Chase Operating (0083) | (2,216.14) | Staff |
| Paul A. Lynn & Associates, LLC | 2/14/2014 | Chase Operating (0083) | (431.38) | Staff |
| Paul A. Lynn & Associates, LLC | 2/21/2014 | Chase Operating (0083) | (1,635.54) | Staff |

2

4/28/2014

## SOFA Schedule 3B - Payments Made Within the Last 90 Days

| Payee | Date | Account | Amount | Category |
|---|---|---|---|---|
| Paul A. Lynn & Associates, LLC | 3/14/2014 | Chase Operating (0083) | (823.73) | Staff |
| Paul A. Lynn & Associates, LLC | 3/27/2014 | Chase Operating (0083) | (385.96) | Staff |
| Paul Lynn | 1/22/2014 | Chase Operating (0083) | (48.36) | Staff |
| Paul Lynn | 1/31/2014 | Chase Operating (0083) | (100.00) | Staff |
| Paul Wall | 1/9/2014 | Chase Operating (0083) | (750.00) | Staff |
| Paul Wall | 2/7/2014 | Chase Operating (0083) | (750.00) | Staff |
| Premco Financial Corporation | 1/10/2014 | Chase Operating (0083) | (1,796.63) | Operations |
| Premco Financial Corporation | 1/22/2014 | Chase Operating (0083) | (1,711.08) | Operations |
| Premco Financial Corporation | 2/21/2014 | Chase Operating (0083) | (1,711.08) | Operations |
| Rave Realty Corp. | 2/14/2014 | Chase Operating (0083) | (550.00) | Marketing |
| Ric Moody | 1/22/2014 | Chase Operating (0083) | (147.38) | Staff |
| Ric Moody | 3/14/2014 | Chase Operating (0083) | (766.35) | Staff |
| Security BankCard Center, Inc. | 1/22/2014 | Chase Operating (0083) | (318.00) | Operations |
| Security BankCard Center, Inc. | 2/21/2014 | Chase Operating (0083) | (571.00) | Operations |
| Shearer Printing & Office Solution | 1/22/2014 | Chase Operating (0083) | (1,473.21) | Marketing |
| Shearer Printing & Office Solution | 2/7/2014 | Chase Operating (0083) | (3,518.58) | Marketing |
| Shearer Printing & Office Solution | 3/11/2014 | Chase Operating (0083) | (396.66) | Marketing |
| Shearer Printing & Office Solution | 4/2/2014 | Chase Operating (0083) | (806.54) | Marketing |
| Shelby Mills | 4/1/2014 | Chase Operating (0083) | (250.00) | Staff |
| Stan Schreyer | 1/22/2014 | Chase Operating (0083) | (100.00) | Staff |
| State-Wide Realty & Auction | 1/10/2014 | Chase Operating (0083) | (492.54) | Staff |
| State-Wide Realty & Auction | 1/24/2014 | Chase Operating (0083) | (1,254.45) | Staff |
| State-Wide Realty & Auction | 2/7/2014 | Chase Operating (0083) | (530.13) | Staff |
| State-Wide Realty & Auction | 2/14/2014 | Chase Operating (0083) | (431.38) | Staff |
| State-Wide Realty & Auction | 2/21/2014 | Chase Operating (0083) | (408.89) | Staff |
| State-Wide Realty & Auction | 3/14/2014 | Chase Operating (0083) | (918.97) | Staff |
| State-Wide Realty & Auction | 3/27/2014 | Chase Operating (0083) | (1,096.49) | Staff |
| Stayner, Bates & Jensen, P.C. | 2/21/2014 | Chase Operating (0083) | (600.00) | Operations |
| Steven Mathis | 1/22/2014 | Chase Operating (0083) | (229.70) | Staff |
| Steven Mathis | 3/27/2014 | Chase Operating (0083) | (687.46) | Staff |
| Steven Mathis | 4/14/2014 | Chase Operating (0083) | (14,447.81) | Staff |
| The Ligon Company | 4/14/2014 | Chase Operating (0083) | (3,210.63) | Staff |
| The St. Bernard Parish Post LLC | 3/10/2014 | Chase Operating (0083) | (750.00) | Marketing |
| Tulsa County Treasurer | 2/7/2014 | Chase Operating (0083) | (209.09) | Operations |

3041337_1.xlsx

SOFA Schedule 3B - Payments Made Within the Last 90 Days

| Ty McClary | | | |
|---|---|---|---|
| Vortex Solution | 4/1/2014 | Chase Operating (0083) | (1,500.00) Staff |
| | 3/27/2014 | Chase Operating (0083) | (1,500.00) Marketing |

4/28/2014

4

3041337_1.xlsx

## SOFA Schedule 3C - Insider Payments

| Payee | Date | Account Paid From | Amount | For What |
|---|---|---|---|---|
| Clay Barnes | 8/12/2013 | Arvest Operating (6392) | (7,000.00) | Staff |
| Larry Latham | 8/14/2013 | Arvest Operating (6392) | (5,455.24) | Deferred Payroll |
| Larry Latham | 10/2/2013 | Chase Operating (0083) | (257.80) | Expense Reimbursement |
| Larry Latham | 10/2/2013 | Chase Operating (0083) | (215.30) | Expense Reimbursement |
| Larry Latham | 10/3/2013 | Chase Operating (0083) | (505.09) | Expense Reimbursement |
| Larry Latham | 11/12/2013 | Chase Operating (0083) | (5,000.00) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 5/16/2013 | Arvest Operating (6392) | (2,147.08) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 5/28/2013 | Arvest Operating (6392) | (10,000.00) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 5/30/2013 | Arvest Operating (6392) | (946.22) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 6/6/2013 | Arvest Operating (6392) | (1,294.77) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 6/20/2013 | Arvest Operating (6392) | (10,000.00) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 6/28/2013 | Arvest Operating (6392) | (594.09) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 8/1/2013 | Arvest Operating (6392) | (493.54) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 8/2/2013 | Arvest Operating (6392) | (10,000.00) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 11/22/2013 | Chase Operating (0083) | (5,000.00) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 12/22/2013 | Chase Operating (0083) | (2,000.00) | Payroll & Benefit Services |
| Larry Latham Auctioneers of Nevada, In | 12/26/2013 | Chase Operating (0083) | (4,846.08) | Payroll & Benefit Services |
| Pinnacle Quest | 8/21/2013 | Arvest Operating (6392) | (1,270.50) | Staff |
| Pinnacle Quest | 4/11/2013 | Arvest Operating (6392) | (5,355.00) | Payroll & Benefit Services |
| Pinnacle Quest | 4/25/2013 | Arvest Operating (6392) | (2,681.25) | Payroll & Benefit Services |
| Pinnacle Quest | 5/10/2013 | Arvest Operating (6392) | (1,000.00) | Payroll & Benefit Services |
| Schreyer Building LLC | 5/8/2013 | Arvest Operating (6392) | (1,500.00) | Operations - Office Rent |
| Schreyer Building LLC | 5/30/2013 | Arvest Operating (6392) | (1,500.00) | Operations - Office Rent |
| Schreyer Building LLC | 6/28/2013 | Arvest Operating (6392) | (2,000.00) | Operations - Office Rent |
| Stan Schreyer | 5/10/2013 | Arvest Operating (6392) | (30,000.00) | Marketing Loan Repayment |
| Stan Schreyer | 8/14/2013 | Arvest Operating (6392) | (807.82) | Payroll & Benefit Services |
| Stan Schreyer | 12/13/2013 | Chase Operating (0083) | (12,279.52) | Marketing Loan Repayment |
| Stan Schreyer | 12/16/2013 | Chase Operating (0083) | (13,796.95) | Marketing Loan Repayment |
| Stan Schreyer | 12/17/2013 | Chase Operating (0083) | (19,777.95) | Marketing Loan Repayment |
| Stan Schreyer | 1/22/2014 | Chase Operating (0083) | (100.00) | Expense Reimbursement |
| Stephen Karbelk | 8/21/2013 | Arvest Operating (6392) | (1,306.97) | Staff |

4/28/2014

SOFA Schedule 14 - Property Held for Others

| Date | Project | Initial Deposit Amount | Transferred | Balance Owed to Project Owner | Balance owed to Ameribid | Notes |
|---|---|---|---|---|---|---|
| 2/12/2014 | St. Bernard Parish Government – St. Bernard Parish, LA | $34,687.94 | | | | |
| 2/12/2014 | St. Bernard Parish Government – St. Bernard Parish, LA | | $5,458.09 | | | |
| 2/21/2014 | St. Bernard Parish Government – St. Bernard Parish, LA | | $4,808.99 | | | |
| 2/26/2014 | St. Bernard Parish Government – St. Bernard Parish, LA | | $2,140.00 | | | |
| 2/28/2014 | St. Bernard Parish Government – St. Bernard Parish, LA | | $4,828.40 | | | |
| 3/10/2014 | St. Bernard Parish Government – St. Bernard Parish, LA | | $4,097.40 | | | |
| 3/13/2014 | St. Bernard Parish Government – St. Bernard Parish, LA | | $5,411.07 | | | |
| 3/14/2014 | St. Bernard Parish Government – St. Bernard Parish, LA | | $998.75 | | | |
| 3/25/2014 | St. Bernard Parish Government – St. Bernard Parish, LA | | $2,187.30 | | $4,757.94 | AMERIBID MONEY |
| 2/28/2014 | Beste – Freeport, MN (1st half) | $3,429.50 | | | | |
| 3/3/2014 | Beste – Freeport, MN | | $3,429.50 | $0.00 | | |
| 3/4/2014 | Bank of America – Atlanta, GA | $8,530.29 | | | | |
| 3/4/2014 | Bank of America – Atlanta, GA | | $8,530.29 | $0.00 | | |
| 3/10/2014 | Beste – Freeport, MN (2nd half) | $3,429.50 | | | | |
| 3/11/2014 | Beste – Freeport, MN | | $1,192.67 | | | |
| 3/27/2014 | Beste – Freeport, MN | | $1,046.46 | $1,190.37 | | WHOLE AMOUNT OWED TO SELLER |
| 3/28/2014 | Lembke – Kansas City, MO | $3,297.93 | | | | |
| 4/1/2014 | Lembke – Kansas City, MO | | $848.71 | $2,449.22 | | APPROX. $400.00 OWED TO SELLER |
| 3/31/2014 | Crosswinds Land Partnership – San Antonio, TX | $10,298.92 | | | | |
| 4/2/2014 | Crosswinds Land Partnership – San Antonio, TX | | $7,560.95 | $2,637.97 | | |
| 4/7/2014 | Crosswinds Land Partnership – San Antonio, TX | | $100.00 | $4,605.35 | | APPROX. $1,600.00 OWED TO WHOLE OWED TO SELLER |
| 4/2/2014 | Hansen – Fort Wayne, IN | $4,605.35 | | | | |
| 4/3/2014 | Kaiser & Colletti – St. Louis, MO | $1,000.00 | | | $1,000.00 | AMERIBID MONEY |
| 4/18/2014 | Huntington Bank – Franklin, NC | $5,500.00 | | | $5,500.00 | AMERIBID MONEY |
| TOTAL: | | | | $10,882.91 | $11,257.94 | Balance as of 4/27 |
| | | | | | $22,140.85 | |

4/28/2014

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **AmeriBid LLC, an Oklahoma limited liability company**        Case No. _____

                                  Debtor(s)                Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | 13,148.00 |
   | Prior to the filing of this statement I have received | $ | 10,342.00 |
   | Balance Due | $ | 2,806.00 |

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Debtor $5000, Larry Latham $5648**

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **Larry Latham**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
        **None.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any judicial lien avoidances, relief from stay actions or any other adversary proceeding or contested matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 29, 2014**                **/s/ Sam G. Bratton OBA No.** _____
                                                **Sam G. Bratton OBA No. 1086**
                                                **Doerner, Saunders, Daniel & Anderson, L.L.P.**
                                                **Two West Second Street, Suite 700**
                                                **Tulsa, OK 74103-3117**
                                                **(918) 582-1211**

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **AmeriBid LLC, an Oklahoma limited liability company**                ,                Case No. _____

                                                        Debtor

                                                                                Chapter_____**7**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Latham Family Trust**<br>**1109 Trophy Hills Drive**<br>**Las Vegas, NV 89134** | **Class A Units** | **22355** | **membership interest** |
| **Michael T. Moss**<br>**7390 S. Creek Road, Suite 204**<br>**Sandy, UT 84093** | **Class A Units** | **5290** | **membership interest** |
| **Stan Schreyer**<br>**7754 Plum Creek Lane**<br>**Sandy, UT 84093** | **Class A Units** | **22355** | **membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April 29, 2014**_____            Signature  **/s/ Larry Latham**_____
                                                                          **Larry Latham**
                                                                          **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

Revised 02/2012

# United States Bankruptcy Court
## Northern District of Oklahoma

In re __AmeriBid LLC, an Oklahoma limited liability company__                    Case No. _____

                                                    Debtor(s)            Chapter    __7__    _____

## VERIFICATION AS TO OFFICIAL CREDITOR LIST

■  Original
☐  Amendment
☐  Add        ☐  Delete

     I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on the Creditor List Submission application, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

     I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

     **If this filing is an amendment to the creditor list, indicate <u>only</u> the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)**

   __123__   # of Creditors (or if amended, # of creditors added)

Method of submission:
    a) ___**X**___  uploaded to Electronic Case Filing System; or
    b) _____Creditor List Submission application (to be used by Pro Se filers, found on the Court's website at
               www.oknb.uscourts.gov, or available in the Clerk's Office)
_____# of Creditors (on attached list) to be deleted

__/s/ Larry Latham_____         _____
Debtor Signature                              Joint Debtor Signature
Address:(if not represented by an attorney)   Address:(if not represented by an attorney)

_____               _____
Phone:(if not represented by an attorney)     Phone:(if not represented by an attorney)

__/s/ Sam G. Bratton OBA No._____         Date: __April 29, 2014__
Attorney Signature
**Sam G. Bratton OBA No. 1086**                *[Check if applicable]*
**Doerner, Saunders, Daniel & Anderson, L.L.P.**  ___ Creditors with foreign addresses included
**Two West Second Street, Suite 700**
**Tulsa, OK 74103-3117**
**(918) 582-1211**

3109, LLC
3109 Martin Luther King Jr Ave SE
Washington, DC 20032-1573

3109, LLC and Tyrone Pace
3109 Martin Luther King Jr. Ave. SE
Washington, DC 20032-1573

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Bank of America
100 Peachtree Street, Suite 1950
Atlanta, GA 30303

Brent Hansen c/o Hanson Orthopedics
4344 W Bell Rd
Glendale, AZ 85308

Brent Hansen c/o Hanson Orthopedics
4344 W Bell Rd
Glendale, AZ 85308

Brooke Mullen
3317 East Haskell Street
Tulsa, OK 74115

Chase Mastercard
PO Box 94014
Palatine, IL 60094-4014

Chris Vaughan
2996 Murcott Way
Escondido, CA 92027

Chris Vaughan
2996 Murcott Way
Escondido, CA 92027

Cisco Systems Capital
P.O. Box 41602
Philadelphia, PA 19101-1602

Cisco Systems Capital
P.O. Box 41602
Philadelphia, PA 19101-1602

Clay Barnes
2766 Hartwick Lane
Las Vegas, NV 89134

Clay Barnes
2766 Hartwick Lane
Las Vegas, NV 89134

CNA
PO Box 790094
St. Louis, MO 63179-0094

CNB of Enid
4880 South Lewis, Suite 101
Tulsa, OK 74105

CNB of Enid
4880 South Lewis, Suite 101
Tulsa, OK 74105

Cox Communications-Tulsa
PO Box 248876
Oklahoma City, OK 73124-8876

Cox Communications-Tulsa
PO Box 248876
Oklahoma City, OK 73124-8876

Crescent Guardian, Inc.
4640 S. Carrollton Avenue Suite 100
New Orleans, LA 70119

Crosswinds Land Partnership
3518 Travis Street, Suite 200
Houston, TX 77002

Crosswinds Land Partnership
3518 Travis Street, Suite 200
Houston, TX 77002

Dan Leonard
127 Big Chief Dr.
Gun Barrel City, TX 75156

David W. Taylor
890 Spring Valley Road
Inman, SC 29349

Donald G. Gabriel
5501 West 148th Place
Overland Park, KS 66223

Donald G. Gabriel
5501 West 148th Place
Overland Park, KS 66223

Eugene Davidzon
1850 Columbia Pike #429
Arlington, VA 22204

Eugene Davidzon
1850 Columbia Pike #429
Arlington, VA 22204

Fernando Palacios
20315 Seabrook Drive
Montgomery Village, MD 20886

Fernando Palacios
20315 Seabrook Drive
Montgomery Village, MD 20886

Grand River Abstract
504 West Krause
Jay, OK 74346

Hall & Estill
320 SOUTH BOSTON AVENUE, Suite 200
Tulsa, OK 74103

Hank Robinson
2431 3rd Avenue North
Saint Petersburg, FL 33713

Hank Robinson
2431 3rd Avenue North
Saint Petersburg, FL 33713

Huntington Bank
2361 Morse Road NC3W33
Columbus, OH 43229

Huntington Bank
2361 Morse Road NC3W33
Columbus, OH 43229

ImageNet Consulting LLC
913 North Broadway Avenue
Oklahoma City, OK 73102

ImageNet Consulting LLC
913 North Broadway Avenue
Oklahoma City, OK 73102

Jan and Mike Schultz
PO Box 247
110 South Main Street
Upsala, MN 56384

Jan and Mike Schultz
PO Box 247
110 South Main Street
Upsala, MN 56384

John Mayeron
6207 Rex Drive
Dallas, TX 75230

John Mayeron
6207 Rex Drive
Dallas, TX 75230

K&T Mason Company, Inc.
10176 S. Pine
Guthrie, OK 73044

Kaiser & Colletti
Two City Place Drive, Suite 200
Saint Louis, MO 63141

Kaiser & Colletti
Two City Place Drive, Suite 200
Saint Louis, MO 63141

Larry Latham
1109 Trophy Hills Drive
Las Vegas, NV 89134

Larry Latham
1109 Trophy Hills Drive
Las Vegas, NV 89134

Latham Family Trust
1109 Trophy Hills Drive
Las Vegas, NV 89134

Louisiana Dept. of Revenue
PO Box 1231
Baton Rouge, LA 70821

Louisiana State Police
2101 I-10 Service Rd.
Kenner, LA 70065

Martin E. Higgenbotham
1666 Williamsburg Square
Lakeland, FL 33803

McKenna Publishing
425 Poa Place
San Luis Obispo, CA 93405

Michael T. Moss
7390 S. Creek Road, Suite 204
Sandy, UT 84093

Michelle Baker
10095 County Road 1490
Ada, OK 74820

Moss Law Firm
7390 South Creek Road Suite 204
Sandy, UT 84093

National Auctioneers Association
8880 Ballentine
Overland Park, KS 66214

National Commercial Auctioneers LLC
6846 South Canton
Suite 150
Tulsa, OK 74136

National Registered Agents, Inc.
PO Box 4349
Carol Stream, IL 60197-4349

National Residential Auctioneers LLC
6846 South Canton
Suite 150
Tulsa, OK 74136

Neil and Gloria Enslow
818 East 3rd Street
Florence, CO 81226

Neil and Gloria Enslow
502 West 22nd Street
Pueblo, CO 81226

Neil and Gloria Enslow
818 East 3rd Street
Florence, CO 81226

Neil and Gloria Enslow
502 West 22nd Street
Pueblo, CO 81226

NESCTC Security
46 Molter Street
Cranston, RI 02910

Neuens Mitchell Freese pllc
2021 S. Lewis Ave, Suite 660
Tulsa, OK 74104

New Orleans Redevelopment Authority
1409 Oretha Castle Haley Boulevard
New Orleans, LA 70113

New Orleans Redevelopment Authority
1409 Oretha Castle Haley Boulevard
New Orleans, LA 70113

New Orleans Tribune
2317 Esplande Ave
New Orleans, LA 70119

Northeast Oklahoma Real Estate Services
P.O. Box 470325
Tulsa, OK 74147

Oklahoma REO Closing & Title Services
6846 South Canton, Suite 200
Tulsa, OK 74136

Oklahoma REO Closing & Title Services,
6846 S. Canton Ave, Ste. 200
Tulsa, OK 74136

Oklahoma State Auctioneers Association
P.O. Box 94
Helena, OK 73711

Oklahoma Tax Commission
PO Box 26850
Oklahoma City, OK 73126-0850

Oklahoma Tax Commission
PO Box 26850
Oklahoma City, OK 73126-0850

Part Time Pros
1326 E. 43rd Court #200
Tulsa, OK 74105

Paul A. Lynn & Associates, LLC
406 Coachman
Houston, TX 77024

Paul A. Lynn/Paul A. Lynn & Assoc., LLC
406 Coachman
Houston, TX 77024

Paul Lynn
406 Coachman
Houston, TX 77024

Petron Associates LLC
PO Box 5598
Newark, DE 19714-5598

Pinnacle Quest LLC
7754 S. Plum Creek Lane
Sandy, UT 84093

Pinnacle Quest LLC
7754 S. Plum Creek Lane
Sandy, UT 84093

Premco Financial Corporation
PO Box 19367
Kalamazoo, MI 49019-0367

Randy Ligon
315 East Main Street, Suite 200
PO Box 4815
Rock Hill, SC 29730

Randy Ligon
315 East Main Street, Suite 200
PO Box 4815
Rock Hill, SC 29730

Regus Management Group, LLC
PO Box 842456
Dallas, TX 75284-2456

Regus Management Group, LLC
PO Box 842456
Dallas, TX 75284-2456

Richard J. Moody
2360 W Dorothy Lane
Suite 201
Dayton, OH 45439

Richard J. Moody
2360 W Dorothy Lane
Suite 201
Dayton, OH 45439

Rob Hart
11706 South Quebec
Tulsa, OK 74136

Rob Hart
11706 South Quebec
Tulsa, OK 74136

Security BankCard Center, Inc.
Credit Card Operations
PO Box 22116
Tulsa, OK 74121-2116

Shearer Printing & Office Solutions
P.O. Box 668
Kokomo, IN 46903-0668

St. Bernard Parish Government
8201 West Judge Perez Drive
Chalmette, LA 70043

St. Bernard Parish Government
8201 West Judge Perez Drive
Chalmette, LA 70043

Stan Schreyer
7754 Plum Creek Lane
Sandy, UT 84093

Stan Schreyer
7754 Plum Creek Lane
Sandy, UT 84093

State of Kansas


State-Wide Realty & Auction
P.O. Box 2995
Salt Lake City, UT 84110-2995

Stayner, Bates & Jensen, P.C.
P.O. Box 2995
Salt Lake City, UT 84110-2995

Stephen E Lembke
4901 NE 65th Terrace
Kansas City, MO 64119

Stephen E Lembke
4901 NE 65th Terrace
Kansas City, MO 64119

Stephen Karbelk
43605 Dunhill Cup Square
Ashburn, VA 20147

Stephen Karbelk
43605 Dunhill Cup Square
Ashburn, VA 20147

Stephen Karbelk
43605 Dunhill Cup Square
Ashburn, VA 20147

Stephen Karbelk
43605 Dunhill Cup Square
Ashburn, VA 20147

Stephen Karbelk
43605 Dunhill Cup Square
Ashburn, VA 20147

Stephen Karbelk
43605 Dunhill Cup Square
Ashburn, VA 20147

Stephen Q Peters, Esq.
Tomlins & Peters, PLLC
2431 East 61st Street Suite 175
Tulsa, OK 74136

Steven Mathis
P.O. Box 4815
Rock Hill, SC 29732

Steven Mathis
P.O. Box 4815
Rock Hill, SC 29732

Tarrapin Realtors
7600-G Lindberg Drive, Unit 2
Gaithersburg, MD 20879

Tarrapin Realtors
7600-G Lindberg Drive, Unit 2
Gaithersburg, MD 20879

The Ligon Company
P.O. Box 4815
Rock Hill, SC 29732

The Ligon Company
P.O. Box 4815
Rock Hill, SC 29732

Tom and Julie Beste c/o Famo Feeds
PO Box 7
Freeport, MN 56331

Travis Kaddatz
P.O. Box 152
Mertens, TX 76666

Tyrone Pace
3109 Martin Luther King Jr Ave SE
Washington, DC 20032-1573

United States Treasury
Internal Revenue Service
Ogden, UT 84201-0039

United States Treasury
Internal Revenue Service
Ogden, UT 84201-0039

Vince and Andrea Colletti
5829 White Pine Drive
Saint Louis, MO 63129-2937

Virgil Barber Farms, LLLP
Post Office Box 5437
Valdosta, GA 31603

Virgil Barber Farms, LLLP
Post Office Box 5437
Valdosta, GA 31603

Vortex Solution
40 Jean-Talon East
Montreal QC H2R 1S3 Canada

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   __AmeriBid LLC, an Oklahoma limited liability company__     Case No. _____

                Debtor(s)         Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __AmeriBid LLC, an Oklahoma limited liability company__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 29, 2014__                     **/s/ Sam G. Bratton OBA No.**

Date                                 **Sam G. Bratton OBA No. 1086**

                                       Signature of Attorney or Litigant

                                       Counsel for    __AmeriBid LLC, an Oklahoma limited liability company__

                                       **Doerner, Saunders, Daniel & Anderson, L.L.P.**

                                       **Two West Second Street, Suite 700**

                                       **Tulsa, OK 74103-3117**

                                       **(918) 582-1211**